ORIGINAL

Filed (proposed) order

1  Richard E. Donahoo, State Bar No. 186957
   Thomas J. Welch, State Bar No. 242065
2  **DONAHOO & ASSOCIATES**
   440 West First Street, Suite 101
3  Tustin, California 92780
   Telephone: (714) 953-1010
4  Facsimile: (714) 953-1777
   rdonahoo@donahoo.com
5  twelch@donahoo.com

6  Juan D. Garcia, State Bar No. 215980
   Robert Phan, State Bar No. 217283
7  **GARCIA & PHAN**
   17011 Beach Boulevard, Suite 900
8  Huntington Beach, California 92647
   Telephone: (714) 375-6638
9  Facsimile: (714) 677-4055
   jgarcia44law@hotmail.com
10

11 Attorneys for Plaintiffs, ROBERT C. ALMOND, DAVID V. DIAZ, JEAN C.
   MORRIS, and MARK PEREZ
12

13

14              **UNITED STATES DISTRICT COURT**

15       **CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION**

16

| | |
|---|---|
| ROBERT C. ALMOND, DAVID V. DIAZ, JEAN C. MORRIS, and MARK PEREZ on their own behalf, and as class action representatives of all those similarly situated, and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST PIPE COMPANY, an Oregon corporation, and DOES 1 through 100,<br>Defendants.<br><br>Defendants. | Case No.: EDCV 07-00198 SGL (JCRx)<br><br>**PLAINTIFFS' APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD E. DONAHOO**<br>**(Local Rule 79-5.1)**<br><br>[Proposed Order filed concurrently herewith]<br><br>Complaint Filed: January 11, 2007 |

1                                    Case No.: EDCV 07-00198 SGL (JCRx)
**PLAINTIFFS' APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD E. DONAHOO**

TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rule 79-5.1 Plaintiffs, Robert Almond, et al., do hereby apply for an order authorizing the filing of the settlement agreement in this matter under seal. The application is based upon the fact that the settlement agreement is confidential and the parties seek to maintain the confidentiality of the agreement.

## MEMORANDUM OF POINTS AND AUTHORITIES

Local Rule 79-5.1 states:

"Except where authorized by statute or federal rule, no case or document shall be filed under seal without prior approval of the court. Where approval is required, a written application and a proposed order shall be presented to the judge along with the document submitted for filing under seal."

Here, the parties have entered into a settlement which is reflected in the agreement. The settlement is confidential and, therefore, Plaintiffs seek to file it under seal in connection with Plaintiffs' Motion for Order Setting Attorneys Fees and Costs.

To the extent that the Court seeks to review the settlement agreement, Plaintiffs submit the agreement and request it be filed under seal.

## CONCLUSION

The Court should accept Plaintiffs' submission and file the settlement agreement under seal.

Dated: August 5, 2008

Respectfully Submitted:

DONAHOO & ASSOCIATES
GARCIA & PHAN

By: _____
Richard E. Donahoo
Counsel for Plaintiffs

2

Case No.: EDCV 07-00198 SGL (JCRx)

PLAINTIFFS' APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD E. DONAHOO

# DECLARATION OF RICHARD E. DONAHOO

I, Richard E. Donahoo, declare as follows:

I represent Plaintiffs Robert C. Almond, David V. Diaz, Jean Morris, and Mark Perez (collectively, "Plaintiffs") in this Action. I make the statements herein based on personal knowledge and would so testify if called as a witness at trial.

1. In compliance with Local Rule 79-5.1, Plaintiffs hereby file a true and correct copy of the settlement agreement in this matter. The settlement agreement is confidential.

2. I have met and conferred with counsel for Defendant, who requested Plaintiffs file the settlement agreement under seal to protect the confidentiality.

3. Pursuant to defense counsel's request, I have filed an application in compliance with Local Rule 79-5.1.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of August, 2008 at Tustin, California.

_____
Richard E. Donahoo

3

Case No.: EDCV 07-00198 SGL (JCRx)

PLAINTIFFS' APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD E. DONAHOO

# PROOF OF SERVICE
## Code Civ. Proc. §1013a(3)

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 440 West First Street, Suite 101, Tustin, California 92780.

On the date specified below, I served the foregoing document(s) described as:

- **PLAINTIFFS' APPLICATION TO FILE SETTLEMENT AGREEMENT UNDER SEAL; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF RICHARD E. DONAHOO (Local Rule 79-5.1)**

on the interested parties in this action by:

\_\_\_\_ transmitting the foregoing document(s) via facsimile to the fax number(s) set forth below on this date.

_XX_ depositing the foregoing document(s) in the United States mail at Tustin, California, in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.

\_\_\_\_ depositing the foregoing document(s) in the United States mail at Santa Ana, California, via **CERTIFIED MAIL**, in a sealed envelope with postage thereon fully prepaid, addressed as set forth below.

\_\_\_\_ transmitting the foregoing document(s) via **Electronic Mail ("E-MAIL")** to the party(ies) set forth below on **November 7, 2007**.

\_\_\_\_ causing personal delivery of the document(s) listed above via **DDS ATTORNEY SERVICES**, to the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am "readily familiar" with the firm's practice of collection and processing mail. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and executed on **August 5, 2008**, at Tustin, California.

_____
Angela R. Bar[signature]

## SERVICE LIST
<u>Almond, et al. v. Northwest Pipe Company, et al.</u>
USDC Case No. EDCV 07-00198 SGL (JCRx)

| | |
|---|---|
| Juan D. Garcia, Esq.<br>Robert Phan, Esq.<br>**GARCIA & PHAN**<br>17011 Beach Boulevard, Suite 540<br>Huntington Beach, California 92647<br>Tel: (714) 375-6638<br>Fax: (714) 677-4055<br>jgarcia44law@hotmail.com<br>**Attorneys for Plaintiffs** | John D. Higginbotham, Esq.<br>**BEST BEST & KRIEGER, LLP**<br>3750 University Avenue<br>P.O. Box 1028<br>Riverside, California 92502<br>Tel: (951) 686-1450<br>Fax: (951) 686-3083<br>john.higginbotham@bbklaw.com<br>**Attorneys for Defendants**<br>**NORTHWEST PIPE COMPANY** |
| Michael J. Sandmire, Esq.<br>James J. Barrett, Esq.<br>**ATER WYNNE, LLP**<br>222 S.W. Columbia, Suite 1800<br>Portland, Oregon 97201<br>Tel: (503) 226-1191<br>Fax: (503) 226-0079<br>MJS@aterwynne.com<br>**Attorneys for Defendant**<br>**NORTHWEST PIPE COMPANY** | |