# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA



THIS DOCUMENT IS CURRENTLY

UNDER SEAL

AND

IS RESTRICTED FROM

PUBLIC VIEWING