Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROBERT C. ALMOND, DAVID V. DIAZ, JEAN C. MORRIS, and MARK PEREZ on their own behalf, and as class action representatives of all those similarly situated, and in the interest of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWEST PIPE COMPANY, an Oregon corporation, and DOES 1 through 100,<br><br>Defendants. | Case No.: EDCV 07-00198 SGL (JCRx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Hearing Date: None requested<br>Time:<br>Judge: Hon. Stephen Larson<br><br>Complaint Filed: January 11, 2007 |

WHEREAS, this action was filed January 11, 2007, in San Bernardino Superior Court by Plaintiffs, Robert C. Almond, David V. Diaz, and Jean C. Morris against Defendant Northwest Pipe Company ("Defendant"). Plaintiffs alleged violations of California's meal and rest break law (*Labor Code* § 226.7) and pled the action as a class action. The action was subsequently removed to this Court.

On July 24, 2007 Plaintiffs amended the action, adding an additional plaintiff, Mark Perez, and adding an additional cause of action for non-payment of overtime. (Plaintiffs Almond, Diaz, Morris and Perez are referred to collectively as "Plaintiffs").

///

Plaintiffs did not move for class certification and no ruling was made on the merits of class certification. Plaintiffs and Defendants agreed to mediate Plaintiffs' individual claims. On June 2, 2008, the parties participated in mediation. The parties settled all of the plaintiffs' individual claims, subject to the Court's determination of the amount of plaintiffs' attorney fees and costs, which Defendant agreed to pay. The settlement was memorialized in a written settlement agreement which was filed with the Court.

Pursuant to the Settlement, Plaintiffs moved for an order for attorneys' fees and costs. Defendant opposed the motion. The Court granted the motion and set the attorneys' fees payable to plaintiffs' counsel Donahoo & Associates in the amount of $68,295.60. To recover costs, the Court ordered plaintiffs' counsel to file a Bill of Costs in accordance with Local Rule 54-3. On September 26, 2008, Plaintiffs' counsel Donahoo & Associates filed a Bill of Costs.

THEREFORE, Plaintiffs Robert C. Almond, David V. Diaz, Jean C. Morris and Mark Perez shall recover from Defendant Northwest Pipe Company as set forth in the Settlement Agreement. Defendant Northwest Pipe Company shall pay Plaintiffs' counsel Donahoo & Associates $68,295.60 in attorneys' fees and $10,159.70 in costs.

In light of the settlement between Defendant and the Plaintiffs, those class claims brought by the four named plaintiffs on behalf of unnamed plaintiffs are dismissed without prejudice; and thereafter all claims by these four named plaintiffs, ROBERT C. ALMOND, DAVID V. DIAZ, JEAN C. MORRIS, and MARK PEREZ, are dismissed with prejudice.

IT IS SO ORDERED.

10-8-08.

_____
Honorable Stephen G. Larson
U.S. District Court Judge

Dated